UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Next U.S. Insurance Company, et al.,<br><br>    Plaintiff(s),<br><br>v.<br><br>Nathan Edouard, et al.,<br><br>    Defendant(s). | Case No. 2:25-cv-01909-GMN-NJK<br><br>**Order** |

Defendant SRXV, Inc. has not appeared in this case with licensed counsel.[1]  Corporations can appear in federal court only with licensed counsel.  *United States v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993).  Accordingly, Defendant SRXV, Inc. must retain counsel and have that counsel file a notice of appearance in this case by January 2, 2026.  **Failure to comply with this order may result in the imposition of case-dispositive sanctions.**

IT IS SO ORDERED.

Dated: December 5, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] It is unclear whether Defendant Nathan Edouard was attempting to file the answer *pro se* on both his own behalf and on SRXV's behalf.  *See* Docket No. 12.  As explained herein, Nathan Edouard cannot himself act on SRXV's behalf in court filings.

1