# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Next US Insurance Company, et al.,<br><br>　　　Plaintiff(s),<br><br>v.<br><br>Nathan Edouard, et al.,<br><br>　　　Defendant(s). | Case No. 2:25-cv-01909-GMN-NJK<br><br>**ORDER**<br><br>[Docket No. 14] |

Pending before the Court is Defendant Edouard's motion to be permitted to file electronically. Docket No. 14. *Pro se* litigants may request authorization to register as electronic filers in a specific case. Local Rule IC 2-1(b).

The motion is **GRANTED** subject to the following:

- No later than January 2, 2026, Defendant Edouard must file a certification that he is familiar with the Electronic Case Filing Procedures and the Civil Menu E-Filing Categories and Events.[1]

- Defendant Edouard is not authorized to file electronically until said certification is filed within the timeframe specified above.

- Upon timely filing of the certification, Defendant Edouard must contact the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

IT IS SO ORDERED.

Dated: December 5, 2025

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] The Electronic Case Filing Procedures and Civil Menu E-Filing Categories and Events can all be found at https://www.nvd.uscourts.gov/e-filing-permission/.