**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

|  |  |
|---|---|
| Next U.S. Insurance Company, et al., | Case No. 2:25-cv-01909-GMN-NJK |
| Plaintiff(s), | **ORDER** |
| v. | [Docket No. 32] |
| Nathan Edouard, et al., |  |
| Defendant(s). |  |

Pending before the Court is Defendant Edouard's motion for leave to file a third-party complaint. Docket No. 32.[1] Plaintiffs filed a response in opposition arguing that Edouard failed to comply with the local rules, including that Edouard did not attach the proposed pleading to the motion. Docket No. 37 (discussing Local Rule 15-1(a)). Edouard thereafter filed a supplement with a proposed third-party complaint. Docket No. 41. The Court declines to consider a proposed third-party complaint filed for the first time after the opposition papers were filed. *Cf. Zamani v. Carnes*, 491 F.3d 990, 997 (9th Cir. 2007) ("The district court need not consider arguments raised for the first time in a reply brief"). Accordingly, the Court **DENIES** without prejudice the motion for leave to file a third-party complaint.

IT IS SO ORDERED.

Dated: January 15, 2026

_____

Nancy J. Koppe
United States Magistrate Judge

---

[1] The Court liberally construes the filings of *pro se* litigants. *Erickson v. Pardus*, 551 U.S. 89, 94 (2007).

1