**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Next U.S. Insurance Company, et al.,

    Plaintiff(s),

v.

Nathan Edouard, et al.,

    Defendant(s).

Case No. 2:25-cv-01909-GMN-NJK

**Order**

[Docket Nos. 42, 46]

On December 5, 2025, United States District Judge Gloria M. Navarro ordered Plaintiffs to show cause why the case should not be dismissed for lack of jurisdiction. Docket No. 25. On December 22, 2025, Defendant Edouard filed a motion to stay the case pending resolution of that order to show cause. Docket No. 42. Plaintiffs filed a response to that motion. Docket No. 49. On January 2, 2026, Plaintiffs filed a unilateral discovery plan, which represents that Defendant Edouard would not consent to its submission. Docket No. 46. On January 14, 2026, Judge Navarro discharged the order to show cause, finding that jurisdiction is properly exercised by this Court. Docket No. 50.

In light of Judge Navarro's order, the Court **DENIES** as moot the motion to stay. Docket No. 42.[1] Moreover, discovery plans must be submitted <u>jointly</u>, so the Court **DENIES** without prejudice the unilateral discovery plan. Docket No. 46. The Court **ORDERS** the parties to confer on a discovery plan and to file a joint discovery plan by January 30, 2026. In addition, the Court **ORDERS** Defendant SRXV, Inc. to retain counsel and have that counsel file a notice of

---

[1] The motion to stay also argues that Defendant SRXV, Inc. should not be required to secure counsel while coverage and defense obligations are disputed. Docket No. 42 at 2. A corporate defendant must have licensed counsel to <u>appear</u> in federal court. *United States v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993). SRXV, Inc. is required to obtain counsel for this federal case in order to dispute coverage for the underlying state court action.

1

appearance in this case by <u>January 30, 2026</u>.  **Failure by SRXV, Inc. to comply with this order may result in the imposition of case-dispositive sanctions.**

IT IS SO ORDERED.

Dated: January 15, 2026

_____

Nancy J. Koppe
United States Magistrate Judge

2