**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Next U.S. Insurance Company, et al.,

Petitioner(s),

v.

Nathan Edouard, et al.,

Respondent(s).

Case No. 2:25-cv-01909-GMN-NJK

**ORDER**

[Docket Nos. 81, 82]

Pending before the Court is Defendant Edouard's emergency motion for temporary protective order, which he filed on an emergency basis and in duplicate. Docket Nos. 81, 82. The Court **DENIES** as moot the first of these motions. Docket No. 81. As to the latter motion, Docket No. 82, the Court **ORDERS** that any response must be filed by September 23, 2026.

IT IS SO ORDERED.

Dated: September 17, 2026

Nancy J. Koppe
United States Magistrate Judge