**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Next U.S. Insurance Company, et al.,

Petitioner(s),

v.

Nathan Edouard, et al.,

Respondent(s).

Case No. 2:25-cv-01909-GMN-NJK

**ORDER**

[Docket Nos. 82, 88]

Pending before the Court is Defendant Edouard's emergency motion for temporary protective order, which he filed on an emergency basis and in duplicative fashion. Docket No. 82; *see also* Docket No. 88.[1] Plaintiffs filed a response in opposition. Docket No. 90. The Court does not require a reply or a hearing. *See* Local Rule 78-1.

The pending motion fails for a number of reasons. Most centrally, it appears that most (if not all) of the subject information has already been filed on the public docket by Edouard himself. *See, e.g.*, Docket No. 78 at 1. If Edouard believed such information was properly redacted, it was his obligation to do so in the first instance. *See, e.g.*, Local Rule IC 6-1(c). Once Edouard put that information in the public sphere, the Court is unable to afford meaningful relief to make it secret. *See, e.g.*, *Victory Sports & Ent., LLC v. Pedraza*, 2019 WL 2578767, at *2 (D. Nev. June 24, 2019) (collecting cases).

In addition, to the extent Edouard is seeking prospective relief as to currently undisclosed information, the Court agrees with Plaintiffs that he has not properly sought such relief on an emergency basis and without a proper meet and confer. *See, e.g.*, *Cardoza v. Bloomin' Brands, Inc.*, 141 F. Supp. 3d 1137, 1140-43 (D. Nev. 2015).

Accordingly, the Court **DENIES** the pending motion for protective order. Docket No. 82. This ruling is without prejudice as to any prospective relief being sought as to information not

[1] The Court liberally construes the filings of *pro se* litigants. *Erickson v. Pardus*, 551 U.S. 89, 94 (2007).

already disclosed in the public record. The Court also **DENIES** as duplicative the third filing of this motion. Docket No. 88.[2]

IT IS SO ORDERED.

Dated: September 23, 2026

Nancy J. Koppe
United States Magistrate Judge

[2] Edouard filed this motion three times. Docket Nos. 81, 82, 88. The Court previously denied as moot one duplication. Docket No. 83 (denying as moot the motion at Docket No. 81). The Court herein denies as duplicative the most recent filing. Docket No. 88. In addition, **Edouard is cautioned that filing repetitive motions is improper**. If this practice continues, the Court may impose sanctions or take other appropriate action.